## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                                               **Plaintiff**

**v.**                           **Case No.: 4:17–cr–00293–BSM**

**Lesa A Standridge**                                                                          **Defendant**

---

## NOTICE OF VIDEO HEARING

     PLEASE take notice that a Change of Plea (Video) has been set by videoconference in this case for August 19, 2021, at 12:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:**  August 17, 2021                            AT THE DIRECTION OF THE COURT
                                                                                     TAMMY H. DOWNS, CLERK

                                                                                    **By:**  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas