## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| United States of America | Plaintiff |
| v.   Case No.: 4:17–cr–00293–BSM | |
| Lesa A Standridge | Defendant |

## NOTICE OF VIDEO HEARING

  PLEASE take notice that the Change of Plea (Video) has been rescheduled by videoconference in this case for August 19, 2021, at 01:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:**  August 18, 2021                               AT THE DIRECTION OF THE COURT
                                                                                    TAMMY H. DOWNS, CLERK

                                                                     **By:**  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas