IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.   NO. 4:17CR00293-09 BSM

LESA A. STANDRIDGE

### THE UNITED STATES OF AMERICA'S
### MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Assistant U.S. Attorney Liza Brown, for its motion for final order of forfeiture, states:

1. On October 20, 2021, the Court entered a Preliminary Order of Forfeiture, extinguishing Defendant Lesa Standridge's interest in the following property:

   A. One (1) Canik, manufactured by Century Arms, model TP9SA, 9 millimeter pistol, bearing serial number 15AP09177;

   B. One (1) Remington, SPR, 12-gauge shotgun, bearing serial number 07018506R;

   C. One (1) Taurus, .38 special revolver, bearing serial number 869439; and

   D. Ammunition.

(collectively "property subject to forfeiture").

2. The Court's order authorized the United States to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of the Preliminary Order of Forfeiture. The Preliminary Order of Forfeiture also provided that if no party filed a petition, the Preliminary Order would become the Final Order of Forfeiture.

3. The United States has complied with its noticing obligations. The United States

published notice of the forfeiture on www.forfeiture.gov for 30 consecutive days beginning on October 21, 2021.  The published notice advised all third parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged legal interest in the property subject to forfeiture.  *See* Exhibit 1, Advertisement Certification.  Additionally, the United States has made reasonable efforts to give direct notice to all persons who reasonably appear to have standing to contest the forfeiture in an ancillary proceeding, and no such person has been identified.

4. No one has filed a petition, and the time for filing petitions has expired.  The United States now requests that the Court enter a Final Order of Forfeiture that forfeits to the United States all right, title, and interest in the property subject to forfeiture and authorize the United States to dispose of the property according to law.

JONATHAN D. ROSS
United States Attorney

By: LIZA JANE BROWN
Assistant United States Attorney
Arkansas Bar No. 2004183
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Liza.Brown@usdoj.gov