# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

V.                                    **4:17-CR-00293-09 BSM**

**LESA A. STANDRIDGE**                                                                     **DEFENDANT**

## MOTION TO SELF-REPORT TO
## BUREAU OF PRISONS

Comes now the defendant, Lesa A. Standridge, by and though her attorney, Garry J. Corrothers, and for her motion states as follows:

1.  Lesa A. Standridge, defendant herein, was sentenced to 120 months in the federal Bureau of Prisons (BOP) on January 17, 2023.

2.  She was in federal custody on the day that she was sentenced and is still in federal custody.  She remains assigned to the Pulaski County Regional Detention Facility in Little Rock, Arkansas.

3.  Subsequent to her sentencing, Ms. Standridge has had major health issues which required surgery and hospitalization.  Medical personnel at the University of Arkansas for Medical Sciences informed undersigned counsel that defendant has been hospitalized for approximately one month due to having "open heart" surgery and further complications.  She was initially returned to the detention facility after her surgery, but due to complications had to return to the

hospital. She is justifiably concerned that her post-release medical care will be problematic if she is returned again to general population in the detention facility. Furthermore, undersigned counsel understands that Ms. Standridge is not on a ventilator but is on "oxygen" at the present time.

4. It is expected that defendant will be released from the hospital, perhaps as early as next week.

5. Defendant requests that she be released and allowed to self-report to the BOP. Upon request, we will provide a release plan to the United States Probation Office.

6. Undersigned counsel in possession of a portion of defendant's medical records. If the court is in need of defendant's medical records, defendant requests permission to file said records under seal as they will contain HIPPA protected medical records.

7. The assigned assistant United States attorney objects to the motion to self report.

WHEREFORE, undersigned counsel prays that defendant herein be allowed to self-report and for all other just and proper relief.

Respectfully submitted,

LESA A. STANDRIDGE

By: Garry J. Corrothers
CORROTHERS LAW OFFICE, PLLC
221 W. 2nd Street, Suite 617
Telephone: (501) 376-0812
Fax: (501) 801-6297
e-mail: gjcorrotherslaw@gmail.com
ABN: 89-133

## CERTIFICATE OF SERVICE

I, hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas by using the CM\ECF System. Participants in the case who are registered CM\ECF users will be served by the CM\ECF system.

Garry J. Corrothers