UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:17-CR00293 BSM |
| | ) | |
| LESA A. STANDRIDGE | ) | |

## UNITED STATES' RESPONSE TO DEFENDANT LESA A. STANDRIDGE'S MOTION TO SELF-REPORT TO BUREAU OF PRISONS

The United States by and through Jonathan D. Ross, United States Attorney, and Stephanie Mazzanti, Assistant United States Attorney, respectfully requests that the Court deny defendant Lesa A. Standridge's motion to self-report to Bureau of Prisons. (Doc. 2756).

The Court has, on multiple occasions, denied Standridge's requests for release. For the reasons set forth below, the United States requests that the Court deny the motion.

I.    **Background**

Lesa A. Standridge was charged with conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine (Count 10), possession with intent to distribute methamphetamine on March 28, 2017 (Count 18), possession with intent to distribute 5 grams or more of methamphetamine actual (Count 19), possession of firearms in furtherance of federal drug trafficking crimes (Count 20), and felon in possession of firearms (Count 21).

During the course of the narcotics conspiracy in this case, Lesa Standridge picked up packages of methamphetamine for Darlene Walker. For example, on October 6, 2016, a package intercepted by law enforcement was to be picked up by Lesa Standridge, but Walker learned that the packages were intercepted. On November 16, 2016, law enforcement intercepted a package with approximately 5 pounds of methamphetamine and conducted a controlled delivery to

1

Standridge's husband, a co-defendant in this case. On March 28, 2017, Standridge was stopped by an Arkansas State Trooper and law enforcement recovered $4,490, a pipe, 5.0340 grams of methamphetamine and other narcotics.

On April 17, 2017, upon execution of a search warrants at Standridge's residence and camper, law enforcement recovered distribution quantities of methamphetamine, drug paraphernalia, digital scales, several different types of pills, a 12 gauge shotgun, a 9mm pistol, and a .38 special caliber revolver.   Standridge has admitted distributing large quantities of methamphetamine and has stipulated to a quantity of 5 to 15 kilograms of methamphetamine.

## II.    Violations of Conditions of Release and Criminal Conduct While Incarcerated

On October 13, 2017, Standridge was released on conditions. On that day, Standridge was admitted to Recovery Centers of Arkansas where she completed 30 days of residential treatment, followed by chemical free living at Freedom House.

On January 24, 2019, Standridge submitted a urine specimen, which tested and confirmed positive for amphetamine/methamphetamine, and signed an admission form. On February 5, 2019, Standridge was verbally reprimanded and reinstructed on the conditions of release and referred to Freedom House for outpatient substance abuse treatment.

On February 11, 2019, Standridge submitted a urine specimen which tested and confirmed positive for amphetamine and methamphetamine. On February 26, 2019, Standridge submitted a urine specimen, which tested and confirmed positive for amphetamine and methamphetamine. On March 4, 2019, Standridge was admitted to Freedom House for residential substance abuse treatment.

On June 18, 2021, prior to her scheduled change of plea hearing, Standridge tested presumptively positive for methamphetamine, and she was detained. While in custody on June 30,

2021, and July 12, 2021, the defendant submitted urine specimens, which tested and confirmed positive for marijuana. Standridge denied drug use; however, an interpretation concluded that there was new drug use between the specimens collected on these dates. On August 19, 2021, Standridge entered a plea to Count 10, conspiracy to distribute and possess with intent to distribute at least 500 grams of methamphetamine.

## III.    Recent Developments

Standridge was sentenced to 120 months' in the Bureau of Prisons. The judgment was filed on January 17, 2023. The undersigned has been advised that Standridge is currently hospitalized as set forth in her motion. The United States Marshals Service (USMS) advises that they are in contact with the hospital, and that upon her release, Standridge will be transported to a facility with a full-time nurse to accommodate the possibility that IV antibiotics may be needed. The USMS is working to provide information to the Bureau of Prisons to ensure that she is designated to an appropriate facility considering her recent medical issues.

This is a mandatory detention case. Standridge had a number of violations when previously released. This Court, on multiple occasions, has denied Standridge release from custody for good reason. The USMS has the ability to continue to accommodate Standridge's medical needs and transport her to her designated BOP facility.

For these reasons, the United States requests that the defendant's motion be denied.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

STEPHANIE MAZZANTI
Assistant U.S. Attorney
AR Bar Number 2006298
P.O. Box 1229
Little Rock, AR 72203
(501)340-2600
Stephanie.Mazzanti@usdoj.gov