# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

v.                  **CASE NO. 4:17-CR-00293-BSM-9**

**LESA STANDRIDGE**                                                    **DEFENDANT**

## ORDER

Lesa Standridge's motion to self-report to the Bureau of Prisons [Doc. No. 2756] is denied because it appears the United States Marshals Service has a plan to ensure she receives adequate medical care until she is transported to her designated BOP facility.

IT IS SO ORDERED this 6th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE