UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF _Arkansas_

UNITED STATES OF AMERICA
Plaintiff

_FMC Carswell_
Place of Confinement

v.

_31582-009_
FEDERAL REGISTER NUMBER

_Lesa A. Standridge_
Defendant

_4:17-CR-00293-BSM-9_
Criminal Case Number

Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelilnes:

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 08 2024
TAMMY H. DOWNS, CLERK
By: ___ DEP CLERK

____ Based on U.S.S.G. 4C.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

__X__ Based on U.S.S.G. 4A1.1(d) & (e) Criminal History Category (For those who recieved "status" points for being under a criminal justice sentence at the time of the offense)

Defendant has reviewed the respective amendments from the Sentencing Commission and believes the marked amendment(s) apply to her.

Therefore, Defendant asks this Honorable Court to adjust her sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment(s) marked above.

Executed on this date of : _02/26/24_.

Respectfully Submitted;

_Lesa Standridge_
Defendant   Pro Se
Printed Name: _Lesa Standridge_
Reg.# _31582-009_
C/O FMC Carswell
P.O. BOX 27137
Fort Worth, Texas 76127

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

    Eastern District of Arkansas

2. Date(s) of sentence and judgment of conviction:

    1-11-23

3. Are you currently in prison for this sentence?

    X Yes  ___ No

4. If so, when is your projected date of release? 12-13-29

5. Are you currently on supervised release?  ___ Yes  X No

6. Are you currently in prison because you violated your supervised release for the conviction and sentence identified in response to Questions No. 1 and 2?

    X Yes  ___ No

7. Is your case currently on appeal?  ___ Yes  X No

8. Offense(s) for which you were convicted (all counts):

    21:846 and 841(A)(1) and (B)(1)(A) Conspiracy to posess and distribute meth

9. In calculating the applicable sentencing guideline range, were you assessed any criminal history points (U.S.S.G. § 4A1.1)?

    X Yes  ___ No  ___ Not Sure

9a. If the answer to Question 9 is "No," check the box for all statements that apply to your conviction and sentence:

    ☐ I received criminal history points from Chapter Four, Part A;

    ☐ I received an adjustment under § 3A1.4 (Terrorism);

    ☐ I used violence or credible threats of violence in connection with the offense;

    ☐ the offense resulted in death or serious bodily injury;

    ☐ the instant offense of conviction is a sex offense;

    ☐ I personally caused substantial financial hardship;

☐ I possessed, received, purchased, transported, transferred, sold, or otherwise disposed of a firearm or other dangerous weapon (or induced another participant to do so) in connection with the offense;

☐ the instant offense of conviction is covered by § 2H1.1 (Offenses Involving Individual Rights);

☐ I received an adjustment under § 3A1.1 (Hate Crime Motivation or Vulnerable Victim) or § 3A1.5 (Serious Human Rights Offense);

☐ I received an adjustment under § 3B1.1 (Aggravating Role) or was engaged in a continuing criminal enterprise, as defined in 21 U.S.C. § 848; or

☐ none of the statements above applies to my case.

10. **If the answer to Question 9 is "Yes,"** were you assessed criminal history points for being "under any criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status" at the time of the offense (a.k.a. "status points") (U.S.S.G. § 4A1.1(d))?

    __X__ Yes    _____ No    _____ Not Sure

11. **If the answer to Question 10 is "Yes,"** how many criminal history points were assessed in total, including the "status points"?

    __Unknown__ Criminal History Points

12. If you were sentenced on or after April 5, 2023, did the Court provide the benefit of the "status points" or "zero-point offenders" amended guidelines at your sentencing hearing prior to the effective date?

    _____ Yes    _____ No    _____ Not Sure

13. List any good conduct that occurred after your original sentencing hearing or any other mitigating circumstances that you would like the Court to be aware of in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    I spent 2 years in a regional holding facility; Pulaski County Federal Holding, Little Rock, Arkansas. I was in the CSI program (trauma rehabilitation, addiction, moral values, how to live life on life's terms) and graduated the 6 month program and became a mentor. I taught classes in the unit,

13. Continued
   was responsible for keeping the unit running smoothly and talking to the ladies and being an ear when needed. Through that program, I dealt with my trauma. I was able to mend what was broken within myself that caused me to use drugs.

For the reasons stated in this motion, I move the court for a reduction in sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelines. I declare under penalty of perjury that the facts stated in this motion are true and correct.

Respectfully submitted this 02/26/24 , 20___.

_Lesa Standridge_
Signature of Defendant

Lesa Standridge
Printed Name

31582-009
BOP No.

FMC Carswell
Federal Correctional Institution (if applicable)

P O Box 27137
Address

Fort Worth TX 76127
City, State & Zip Code