IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**      **PLAINTIFF**

v.      CASE NO. 4:17-CR-00293-BSM-09

**LESA STANDRIDGE**      **DEFENDANT**

## ORDER

Lesa Standridge's pro se motion to reduce sentence [Doc. No. 2849] is denied because Standridge was sentenced to 120 months, which is below her new range of 121 to 151 months. Therefore she is not eligible for a further reduction. *See* U.S.S.G. § 1B1.10(b)(2). Additionally, Standridge's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 2203 at 3. Because Standridge knowingly and voluntarily entered into her plea agreement, she is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 13th day of March, 2024.

                                           */s/ Brian S. Miller*
                                        UNITED STATES DISTRICT JUDGE